**Jacqueline WOODS, Plaintiff—Appellant,**

v.

**Cassandra SMITH, Security Personnel; Michael Adu; William Washington, District Manager, Defendants—Appellees,**

and

**Ja–Kia Anthony, Human Resources, Defendant.**

No. 09–2270.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 19, 2010.

Jacqueline Woods, Appellant Pro Se. Christine Ramapuram, Bonner, Kiernan, Trebach & Crociata, LLP, Washington, D.C., for Appellees.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Woods appeals the district court's order dismissing her action with prejudice for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Woods v. Smith*, No. 1:09–cv–00527–JCC–IDD (E.D.Va. Oct. 6, 2009). Additionally, we deny Woods's motion to strike and motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*